IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02106-NRN

JUAN GILBERTO GONZALEZ POL,

      Petitioner,

v.

WARDEN OF DENVER CONTRACT DETENTION FACILITY,
ROBERT GUADIAN, in his official capacity as Denver Field Office Director, Immigration and Customs Enforcement and Removal Operations,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security,
TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement,
TODD BLANCHE, in his official capacity as Acting Attorney General, and
THE EXECUTIVE OFFICER FOR IMMIGRATION REVIEW,

      Respondents.

---

## MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

      Upon consideration of Petitioner's Motion to Enforce Response Deadline (ECF No. 8), and good cause appearing, it is hereby ORDERED that Respondents shall file a response to the Petition for Writ of Habeas Corpus (ECF No. 1) on or before June 12, 2026.

Date: June 5, 2026