IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02106-NRN

JUAN GILBERTO GONZALEZ POL,

     Petitioner,

v.

WARDEN OF DENVER CONTRACT DETENTION FACILITY,
ROBERT GUADIAN, in his official capacity as Denver Field Office Director, Immigration and Customs Enforcement and Removal Operations,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security,
TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement,
TODD BLANCHE, in his official capacity as Acting Attorney General, and
THE EXECUTIVE OFFICER FOR IMMIGRATION REVIEW,

     Respondents.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Petitioner's Motion to Treat Petition as Unopposed or, in the Alternative, Motion to Grant Petition as Unopposed (ECF No. 10) is **DENIED**.

Upon a review of the Proof of Service filed by Petitioner (*see* ECF Nos. 6 & 7), it is hereby ORDERED that no later than **June 23, 2026**, Petitioner **SHALL FILE** proof of service on the United States Attorney's Office for the District of Colorado. *See* Fed. R. Civ. P. 4(i)(1), 81(a)(4).

Date: June 18, 2026