IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02106-NRN

JUAN GILBERTO GONZALEZ POL,

     Petitioner,

v.

WARDEN OF DENVER CONTRACT DETENTION FACILITY,
ROBERT GUADIAN, in his official capacity as Denver Field Office Director, Immigration and Customs Enforcement and Removal Operations,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security,
TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement,
TODD BLANCHE, in his official capacity as Acting Attorney General, and
THE EXECUTIVE OFFICER FOR IMMIGRATION REVIEW,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 18] of Magistrate Judge N. Reid Neureiter entered on July 22, 2026, it is

ORDERED that the Petition for a Writ of Habeas Corpus [Docket No. 1] is GRANTED.  It is further

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR 54.1. *See Daley v. Ceja*, 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 412(a)(1). It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 22nd day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ M. Smotts
    Deputy Clerk